**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**STEPHEN WAYNE NORWOOD**                                                                    **PETITIONER**

v.                                    **Case No. 2:12-cv-00206-KGB**

**JOHN FOX, Interim Warden,
FCI—Forrest City**                                                                                      **RESPONDENT**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 8). Petitioner Stephen Wayne Norwood has objected (Dkt. No. 9) and also filed a motion to amend his objections (Dkt. No. 10) and a motion to clarify the pleadings (Dkt. No. 11). The Court grants Mr. Norwood's motion to amend his objections (Dkt. No. 10) and has considered his initial and amended objections. After careful consideration of the Proposed Findings and Recommendations and Mr. Norwood's objections, as well as a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court dismisses with prejudice Mr. Norwood's petition for writ of habeas corpus. The Court denies as moot Mr. Norwood's request to clarify the pleadings (Dkt. No. 11).

SO ORDERED this the 30th day of March, 2015.

_____
Kristine G. Baker
United States District Judge