# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**STEPHEN WAYNE NORWOOD**                                                                 **PETITIONER**

v.                        Case No. 2:12-cv-00206-KGB

**JOHN FOX, Interim Warden,**
**FCI—Forrest City**                                                                                     **RESPONDENT**

## JUDGMENT

Consistent with the Court's Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 30th day of March, 2015.

_____
Kristine G. Baker
United States District Judge